**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWARD I. ELDRIDGE, SR.
ADC #157109                                                                                          PLAINTIFF

V.                                      NO. 5:16CV00202 SWW/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                   DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 20th day of October, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE